IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WALTER A. READ,

      Appellant,

v.

      Case No. 5D22-1844
      LT Case No. 2005-CF-175

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

Walter A. Read, Bushnell,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa M.
Williams, Assistant Attorney
General, Daytona Beach,
for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, SOUD and BOATWRIGHT, JJ., concur.